IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE LEE CHESTANG,

Plaintiff, No. 2:12-cv-1097 EFB P

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants. ORDER

______________________________/

Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On May 8, 2012, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Plaintiff was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned that failure to comply would result in this action being dismissed.

////

The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed *in forma pauperis* application, or otherwise responded to the court's order.

Accordingly, it is hereby ordered that this action is DISMISSED.

Dated: June 18, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE